FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS URIBE,<br><br>　　　　Petitioner,<br>　　v.<br><br>LINDA SANDERS,<br><br>　　　　Respondent. | Case NO. CV 08-1500-VAP (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus for lack of jurisdiction.

DATED: May 28, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE