# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS URIBE,<br><br>　　　　Petitioner,<br>　v.<br><br>LINDA SANDERS,<br><br>　　　　Respondent. | Case NO. CV 08-1500-VAP (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED: May 28 2008

　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE